**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 37516**

| | |
|---|---|
| STATE OF IDAHO, | )    2011 Unpublished Opinion No. 314 |
| | ) |
|     Plaintiff-Respondent, | )    Filed: January 11, 2011 |
| | ) |
| v. | )    Stephen W. Kenyon, Clerk |
| | ) |
| LARRY EVAN DAVIS, | )    THIS IS AN UNPUBLISHED |
| | )    OPINION AND SHALL NOT |
|     Defendant-Appellant. | )    BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bonneville County. Hon. Gregory S. Anderson, District Judge.

Judgment of conviction and suspended unified sentence of five years, with a minimum period of confinement of two years, for felony domestic battery, affirmed.

Molly J. Huskey, State Appellate Public Defender; Spencer J. Hahn, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Russell J. Spencer, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

Larry Evan Davis entered an *Alford*[1] plea to felony domestic battery. I.C. § 18-918(3)(b), 18-918(3)(c). In exchange for his guilty plea, additional charges were dismissed. The district court sentenced Davis to a unified term of five years, with a minimum period of confinement of two years. Following successful completion of a period of retained jurisdiction, the district court suspended the sentence and placed Davis on probation for four years. Davis appeals, asserting that his suspended sentence is excessive.

_____

[1]     *See North Carolina v. Alford*, 400 U.S. 25 (1970).

1

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Davis's judgment of conviction and sentence are affirmed.